UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 17-10563-NMG

MAO-MSO RECOVERY II, LLC, et al

v.

LIBERTY MUTUAL HOLDING COMPANY, et al

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Notice of Dismissal filed by the Plaintiffs on 4/11/2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

April 12, 2018

To: All Counsel